# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SPRINGLEAF FINANCIAL SERVICES OF ALABAMA, INC. f/d/b/a AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC., | : : : : |
| Plaintiff, | : |
| v. | : CA 12-00579-C |
| THE F/V WHITEWATER, her engines tackle, boilers, furniture, appurtenances, etc., IMO Number: MYN47004M81H, *in rem*; JOHN M. FRANCIS; MARY G. FRANCIS; and JOHN M. FRANCIS, II, *in personam*, | : *In Admiralty* : *In Rem* : *In Personam* : |
| Defendants. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on December 9, 2013 (Doc. 70), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion for summary judgment (Doc. 61) is **GRANTED**. The plaintiff is entitled to recover $65,010.67 under the Loan Agreement. However, the *in personam* defendants are entitled to an offset in the amount of $30,000.00, as explained in the Court's memorandum opinion and order (Doc. 70). Accordingly, final judgment shall be entered against the *in personam* defendants in the amount of $35,010.67[1] with post-

---

[1] The *in personam* defendants' motion for the entry of final judgment in the amount of $35,010.67 (Doc. 71) is hereby rendered **MOOT**.

judgment interest to accrue at the rate of 0.13% from this date forward.  Each party shall bear his, her, or its own costs.[2]

**DONE** this the 7th day of January, 2014.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**

---

[2] Neither fees nor costs will be awarded in this matter as a properly supported motion seeking fees and costs was not filed by December 30, 2013, as ordered by the Court (Doc. 70 at 16).